UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-21289-JB

JESUS GONZALEZ,

    Plaintiff,

v.

ESR INVESTMENTS, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. ECF No. [6]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorneys' fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida on May 31st, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**